IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Hon. Walker D. Miller

Criminal Action No.  04-cr-00465-WDM-05

UNITED STATES OF AMERICA,

     Plaintiff

v.

## 5.  LANAY BROOKS, a/k/a LANAY COLLINS

     Defendant.

---

## ORDER

---

Upon motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause shown, it is hereby

ORDERED that the Indictment against the defendant Lanay Brooks aka Lanay Collins be dismissed without prejudice.

DATED this 21st day of July, 2006.

BY THE COURT:

WALKER D. MILLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO